# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**PETER GERACE, JR.**

MARCH 2022 GRAND JURY
(Impaneled 03/25/2022)

**INDICTMENT**

Violations:

Title 18, United States Code,
Sections 1512(b)(1), 1512(b)(2)(A),
1512(b)(3), and 2;
Title 21, United States Code, Section 841(a)(1)
(4 Counts)

## COUNT 1

**(Tampering with a Witness)**

**The Grand Jury Charges That:**

On or about November 19, 2019, in the Western District of New York, the defendant, **PETER GERACE, JR.**, and others, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Witness 1, a person known to the Grand Jury, by sending intimidating, threatening, and harassing Facebook messages to Witness 1 with the intent to influence, delay, and prevent the testimony of Witness 1 in an official proceeding, that is, a federal grand jury investigation and subsequent criminal proceedings involving the defendant, **PETER GERACE, JR.**, in the United States District Court for the Western District of New York.

**All in violation of Title 18, United States Code, Sections 1512(b)(1) and 2.**

## COUNT 2

**(Tampering with a Witness)**

The Grand Jury Further Charges That:

On or about November 19, 2019, in the Western District of New York, the defendant, **PETER GERACE, JR.**, and others, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Witness 1, a person known to the Grand Jury, by sending intimidating, threatening, and harassing Facebook messages to Witness 1 with the intent to cause and induce Witness 1 to withhold testimony from an official proceeding, that is, a federal grand jury investigation, and subsequent criminal proceedings involving the defendant, **PETER GERACE, JR.**, in the United States District Court for the Western District of New York.

**All in violation of Title 18, United States Code, Sections 1512(b)(2)(A) and 2.**

## COUNT 3

**(Tampering with a Witness)**

The Grand Jury Further Charges That:

On or about November 19, 2019, in the Western District of New York, the defendant, **PETER GERACE, JR.**, and others, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Witness 1, a person known to the Grand Jury, by sending intimidating, threatening, and harassing Facebook messages to Witness 1 with the intent to hinder, delay, and prevent communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense.

**All in violation of Title 18, United States Code, Sections 1512(b)(3) and 2.**

## COUNT 4

### (Distribution of Cocaine)

**The Grand Jury Further Charges That:**

On or about November 19, 2019, in the Western District of New York, the defendant, **PETER GERACE, JR.**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

DATED:   Buffalo, New York, March 23, 2023.

                                            TRINI E. ROSS
                                            United States Attorney

BY:   S/JOSEPH M. TRIPI
        JOSEPH M. TRIPI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York  14202
        716/843-5839
        Joseph.Tripi@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON