IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.   23-CR-037-JLS

PETER GERACE, JR.,

               Defendant.

---

## NOTICE OF MOTION FOR A PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that, upon an affidavit filed herewith *ex parte*[1] and under seal, the undersigned moves the Court for a Protective Order with respect to the disclosure of material pursuant to Rule 16 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3500 ("3500 material" or "*Jencks* material").

DATED: Buffalo, New York, March 28, 2023.

                                      TRINI E. ROSS
                                      United States Attorney

                   BY:    s/JOSEPH M. TRIPI
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                716/843-5839
                                Joseph.Tripi@usdoj.gov

---

[1] Rule 16(d)(1) provides:
    At any time, the court may, for good cause shown, deny, restrict, or defer discovery or inspection, or grant other appropriate relief. The court may permit a party to show good cause by a written statement that the court will inspect *ex parte*. If relief is granted, the court must preserve the entire text of the party's statement under seal.

*See also, Bowman Dairy Co. v. United States,* 341 U.S. 214, 215, (1951); *United States v. Ciambrone*, 601 F.2d 616, 626 (2d Cir.1979); *United States v. Tucker*, 380 F.2d 206, 213 (2d Cir.1967*). See also United States v. Nava-Salazar*, 30 F.3d 788 (7th Cir. 1994); *United States v. Smith,* 985 F.Supp.2d 506 (S.D.N.Y. 2013); *United States v. Castricone*, 2021 WL 84105 (W.D.N.Y. 2021); and, Title 18, United States Code, Section 3500.